UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal Action No. 5:25-CR-036-CHB-MAS |
| v. | ) ) | |
| ZACKARY KEITH JONES, | ) ) | **ADOPTING RECOMMENDATION TO ACCEPT GUILTY PLEA** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

After conducting proceedings under Rule 11, *see* [R. 14], United States Magistrate Judge Matthew A. Stinnett recommended that the undersigned accept Defendant Zackary Keith Jones's guilty plea and adjudge him guilty of the charge in the Information. *Id.* at 3. The magistrate judge informed Defendant of each of the subjects mentioned in Rule 11 and determined that the conditional guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offenses. *Id.* at 1–3. The magistrate judge therefore recommended that the plea of guilty be accepted by the undersigned. *Id.* at 3. The magistrate judge also recommended that the Court adjudge Defendant's interest in the property listed in the forfeiture allegation of the Information forfeited. *Id.* Judge Stinnett imposed a three-day deadline for any objection. *Id.* at 3–4. That deadline has passed, and neither the defendant nor the United States has objected.

The Court is not required to "review … a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 474 U.S. 140, 150 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review);

Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

Accordingly, and the Court being otherwise advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court **ADOPTS** the Recommendation to Accept Guilty Plea, [**R. 14**], **ACCEPTS** Defendant Zackary Keith Jones's guilty plea, and **ADJUDGES** him guilty of the charge in the Information to which he pleaded. The Court will issue a separate sentencing order.

2. Based on the stipulation entered into the Plea Agreement, [**R. 11**], and at the arraignment, the Court **ADJUDGES** that the defendant's interest in the property listed in the forfeiture allegation of the Information, [**R. 7**], is hereby **FORFEITED**.

This the 23rd day of April, 2025.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record
United States Probation